**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 CARL D. WELLS,

                          Petitioner,                    24 **CIVIL** 6979 (LLS)

          -v-                                            <u>**JUDGMENT**</u>

SUPT. M. KING,

                          Respondent.
-------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 28, 2025, the Court denies the present Section 2254

petition for lack of habeas corpus jurisdiction and as moot. Judgment is entered dismissing this

action for the reasons set forth in the order.

**Dated:**  New York, New York

          June 2, 2025

                                             **TAMMI M. HELLWIG**
                                    _____
                                             **Clerk of Court**

                              **BY:**

                                    _____
                                             **Deputy Clerk**